# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------X     Index No.

STANISLAW KOCZWARA,

**SUMMONS**

                              Plaintiffs,

        -against-                  Plaintiffs' Address:
                                       37 Jewel Street,
NATIONWIDE GENERAL INSURANCE COMPANY        Brooklyn, New York 11222

                       Defendant.      *The basis of the venue*
--------------------------------------------------------------------X     *designated is:*
                                       Plaintiff's Address

        **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve
a copy of your Answer on the Plaintiff's attorneys within twenty (20) days after the service of
this summons, exclusive of the day of service or within thirty (30) days after the service is
complete if this summons is not personally delivered to you within the State of New York and in
case of your failure to Answer, judgment will be taken against you by default for the relief
demanded in the annexed Complaint with interest from the date the cause of action arose, costs,
disbursements and attorneys fees.

Dated: New York, New York
       February 13, 2020

                                    Matthew S. Aboulafia, Esq.
                                    Aboulafia Law Firm LLC
                                    *Attorneys for Plaintiffs*
                                    228 East 45th Street, Suite 1700
                                    New York, NY 10017
                                    (212) 684-1422

TO:

       *(Service via Department of Financial Services)*
       Nationwide General Insurance Company
       One West Nationwide Blvd
       1-04-701
       Columbus, OH 43215

1

Case 1:20-cv-02579-BCM Document 6-1 Filed 03/27/20 Page 3 of 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X    Index No.

STANISLAW KOCZWARA,

**COMPLAINT**

Plaintiffs,

-against-

NATIONWIDE GENERAL INSURANCE COMPANY

Defendant.
-----------------------------------------------------------------X

Plaintiff, by his attorneys, Aboulafia Law Firm LCC, as and for his Complaint, herein allege upon information and belief as follows:

**FIRST:** At all times hereinafter mentioned, Plaintiff STANISLAW KOCZWARA is an individual residing at 37 Jewel Street, Brooklyn, New York, 11222 ("subject premises").

**SECOND:** At all times hereinafter mentioned, Defendant NATIONWIDE GENERAL INSURANCE COMPANY was and still is a corporation authorized, licensed, admitted and/or engaged in the business of providing insurance and being an insurer in the State of New York, and located at One West Nationwide Blvd, 1-04-701, Columbus, OH.

**THIRD:** At all times hereinafter mentioned, Defendant was and is authorized by the Department of Financial Services of the State of New York to engage in the business of insurance in the State of New York and to issue policies of insurance including the policy herein sued upon.

2

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST
## DEFENDANT

**FOURTH:** On or about February 26, 2018 Defendant made and issued to Plaintiffs for good and valuable consideration a certain policy of insurance bearing policy number 66 31 HO 674387 wherein and whereby Defendant did insure the subject premises.

**FIFTH:** That on or about November 8, 2018, while said policy was in full force and effect, Plaintiffs suffered a loss by a covered peril of the property insured by Defendant.

**SIXTH:** At all relevant times, Plaintiff had an insurable interest in the aforementioned property.

**SEVENTH:** Defendant has declined to indemnify Plaintiff for the full amount of the loss sustained although claim has been duly made and all conditions of the policy have been met.

**EIGHTH:** As a result of Defendant's breach of contract, Plaintiffs have been damaged in the sum of at least $344,516.00 in real property damage and at least $65,000.00 in personal property damage.

**WHEREFORE,** it is respectfully requested that Plaintiffs have judgment against Defendant on the First cause of action in the sum of at least $344,516.00 in real property damage and at least $65,000.00 in personal property damage, with interest from November 8, 2018, and for costs and disbursements of this action.

Dated: New York, New York
   . February 13, 2020

Matthew S. Aboulafia, Esq.
Aboulafia Law Firm LLC
*Attorneys for Plaintiff*
228 East 45th Street, Suite 1700
New York, NY 10017
(212) 684-1422

3