```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
STANISLAW KOCZWARA,

                    Plaintiff,        20-cv-2579 (JGK)

         - against -                  ORDER

NATIONWIDE GENERAL INSURANCE
COMPANY,

                    Defendant.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by May 8, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
           April 23, 2020          /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge