*Aboulafia Law Firm, LLC*

228 E. 45ᵀᴴ ST
SUITE 1700
NEW YORK, NY 10017
TELEPHONE (212) 684-1422
TELECOPIER (212) 684-1428
www.aboulaw.com

MATTHEW S. ABOULAFIA

JACK GLANZBERG

June 26, 2020

<u>Via ECF Only</u>
United States District Judge John G. Koeltl
Southern District of New York

      **Re: Stanislaw Koczwara v. National General Ins. Co.**
      **Docket No.: 20-CV-2579 (JGK)**

Dear Hon. John G. Koeltl:

      The undersigned represents the Plaintiff in the above-referenced matter and am writing jointly with Defendant in furtherance of this Court's May 8, 2020 Civil Scheduling Order. Specifically, the purpose of this letter is to inform the court that the parties have agreed that this matter should be referred to the Magistrate Judge for purposes of settlement, and the parties likewise consent to trial before the Magistrate Judge. The parties will execute and file a stipulation to that effect shortly.

      Thank you very much for your time and attention to this matter.

      Respectfully,

      Jack Glanzberg, Esq.