UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

STANISLAW KOCZWARA,                                    20 Civ. 2579 (JGK)

                          Plaintiff,                  ORDER

          - against -

NATIONWIDE GENERAL INSURANCE
COMPANY,

                          Defendant.
---

JOHN G. KOELTL, District Judge:

     The parties are directed to address all correspondence to

Magistrate Judge Barbara C. Moses. As stated in the Order issued

on **June 26, 2020** at docket no. 14, the case was referred to Judge

Moses for all purposes (including trial). The Court notes that the

parties agreed to refer the Case to the Magistrate Judge for all

purposes including trial (docket no. 13), but have no yet signed

and submitted the consent form. A copy of the form is attached.

The parties should sign and submit that form as soon as possible.

SO ORDERED.

Dated:    New York, New York
          October 23, 2020

                                              John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | Civil Action No. |
| v. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.