UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stanislaw Koczwara

Plaintiff(s),

-against-

National General Insurance Company

Defendant(s).

Docket No: 20- CV 02579 ( BCM )( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

[X] that all future correspondence be mailed to me at the address below, or

[ ] that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Stanislaw Koczwara

[X] Plaintiff
[ ] Defendant

Name (Last, First, MI)

30 Apollo Ave    Brooklyn          NY              11222

Address           City              State           Zip Code

718-349-1386

Telephone Number                    e-mail address

March 15, 2021                      Stani Koczwara

Date                                Signature

Honorable Judge Barbara Moses

So far I could't find any lawyer to hire.
Please extend the time to hire a lawyer
by June 15, 2021