USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAW KOCZWARA,

        Plaintiff,

-against-

NATIONWIDE GENERAL INSURANCE COMPANY,

        Defendant.

20-CV-2579 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated February 11, 2021 (Dkt. No. 38), the Court stayed this matter until March 15, 2021, to allow plaintiff Stanislaw Koczwara time to obtain new counsel after withdrawal of his prior attorney. Plaintiff has now filed a Notice of Pro Se Appearance, in which he requests another three months – until June 15, 2021 – to obtain new counsel. (Dkt. No. 39.)

    Plaintiff's request is GRANTED IN PART. This action shall remain STAYED until **April 16, 2021**, to allow plaintiff additional time to obtain new counsel. Whether or not plaintiff retains counsel, however, Judge Moses will conduct a status and scheduling conference on **April 26, 2021, at 11:00 a.m.**, to reset the remaining pretrial deadlines. At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. To the extent plaintiff has not obtained new counsel, plaintiff shall attend pro se. Plaintiff is reminded that it is his responsibility to secure the services of a Polish-English translator to assist him on the call.

    The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff Koczwara.

Dated: New York, New York
       March 16, 2021

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**