UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANISLAW KOCZWARA,<br><br>               Plaintiff,<br><br>  -against-<br><br>NATIONWIDE GENERAL INSURANCE COMPANY.,<br><br>               Defendant. | 20-CV-2579 (BCM)<br><br>**ORDER** |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/26/21
```

**BARBARA MOSES, United States Magistrate Judge.**

On April 26, 2021, the Court held a telephonic status conference attended by pro se plaintiff Koczwara, accompanied by translator Anna Zaczek, and by defendant Nationwide, through its counsel. For the reasons discussed during the conference:

It is hereby ORDERED that summary judgment motions as to liability shall be filed no later than **June 18, 2021.** Opposition papers are due no later than **July 16, 2021**, and optional reply papers are due no later than **July 30, 2021**. At the request of the plaintiff, defendant's papers are to be served by mail and email to the following addresses:

    STANISLAW KOCZWARA
    c/o MP Business Consulting
    896 Manhattan Avenue, Room 27
    Brooklyn, New York 11222

    info@mpankowski.com

It is FURTHER ORDERED that if plaintiff Koczwara wishes to change his address of record on the docket of this Court, he must promptly file a Notice of Change of Address form confirming his mailing address and including his telephone number and email address. The form is available on the Court's website at https://nysd.uscourts.gov/node/823 and is also attached to this Order.

It is FURTHERED ORDERED that Nationwide shall promptly provide to plaintiff, by email (using the address above) copies of both the front and the back of its check for $9,334, made out to plaintiff and his former counsel and negotiated on or about March 7, 2019.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff at his address of record and at the following address:

> STANISLAW KOCZWARA
> c/o MP Business Consulting 896
> Manhattan Avenue, Room 27
> Brooklyn, New York 11222

Dated: New York, New York
April 26, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

IH-34                                                                                                                                      Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

\_\_\_\_\_CV_____ (_____)(_____)

-against-

NOTICE OF CHANGE OF ADDRESS

_____

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

_____ _____ _____ _____

Address                                         City                                                            State                   Zip Code

_____                             _____

Telephone Number                                                           E-mail Address (if available)

_____                             _____

Date                                                                                      Signature