

# HURWITZ & FINE, P.C.
ATTORNEYS AT LAW

**Scott D. Storm**
sds@hurwitzfine.com

**MEMO ENDORSED**

April 26, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/21

**VIA ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:   *Stanislaw Koczwara vs. Nationwide General Insurance Company*
               Case No.: 1:2-cv-02579-BCM

Dear Judge Moses:

    Please accept this letter motion as a formal request to remove me as attorney of record for the defendant, Nationwide General Insurance Company. I no longer defend Nationwide in this action and I am now a member of Hurwitz & Fine, P.C.

    I respectfully request that I be removed from the case docket and terminated from receiving any notifications in this matter.

    Thank you for your consideration.

Respectfully submitted,

HURWITZ & FINE, P.C.

s/Scott D. Storm

Scott D. Storm

Application GRANTED. The Clerk of Court is respectfully directed to terminate attorney Storm as counsel of record in this action. So ORDERED.

_____
Barbara Moses U.S.M.J.
April 27, 2021

SDS/dam

cc (via ECF): All Counsel

HEADQUARTERS: 1300 LIBERTY BUILDING, BUFFALO, NEW YORK 14202 ▼ P: 716-849-8900 ▼ F: 716-855-0874 ▼ WWW.HURWITZFINE.COM
OFFICES IN ▼ BUFFALO, NEW YORK ▼ ALBANY, NEW YORK ▼ ALBION, NEW YORK ▼ AMHERST, NEW YORK ▼ MELVILLE, NEW YORK
NIAGARA FALLS, NEW YORK ▼ PALM BEACH GARDENS, FLORIDA ▼ TORONTO, ONTARIO ▼ FAX/E-MAIL NOT FOR SERVICE