UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAW KOCZWARA,

    Plaintiff,

-against-

NATIONWIDE GENERAL INSURANCE COMPANY,

    Defendant.

20-CV-2579 (BCM)

**ORDER**



**BARBARA MOSES, United States Magistrate Judge.**

In light of defendant's response (Dkt. No. 46), plaintiff's letter-application at Dkt. No. 45 is DENIED as moot.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff at his address of record and at the following address:

    STANISLAW KOCZWARA
    c/o MP Business Consulting
    896 Manhattan Avenue, Room 27
    Brooklyn, New York 11222

Dated:  New York, New York
         July 9, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**