UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANISLAW KOCZWARA,

    Plaintiff,

-against-

NATIONWIDE GENERAL INSURANCE COMPANY,

    Defendant.

20-CV-2579 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/21

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of both parties' motions for summary judgment (Dkt. Nos. 44 and 51) and supporting papers. Exhibit B to Mr. Koczwara's declaration (Dkt. No. 54) is illegible. Plaintiff is directed to re-file Exhibit B in legible form.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff at his address of record and at the following address:

    STANISLAW KOCZWARA
    c/o MP Business Consulting
    896 Manhattan Avenue, Room 27
    Brooklyn, New York 11222

Dated:  New York, New York
        August 3, 2021

                    **SO ORDERED**.

                    _____
                    **BARBARA MOSES**
                    **United States Magistrate Judge**