UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STANISLAW KOCZWARA,

                     Plaintiff,

     -against-                                    20 **CIVIL** 2579 (BCM)

                                                        **JUDGMENT**

NATIONWIDE GENERAL INSURANCE
COMPANY,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 10, 2022, defendant's motion for summary judgment is GRANTED and plaintiff's cross-motion is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       May 11, 2022

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                   BY:

                                                               **Deputy Clerk**